EDWARD L. RIKER et al., Appellants, *v.* THE PRESIDENT AND DIRECTORS OF THE FIRE INSURANCE COMPANY OF NORTH AMERICA, Respondent.

*Riker* v. *President, etc., Fire Ins. Co. No. America,* 90 App. Div. 391, affirmed.

(Argued January 31, 1906; decided February 16, 1906.)

APPEAL from a judgment entered January 18, 1904, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiffs' exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for the defendant.

*Frederick W. Smith* for appellants.

*Horace McGuire* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Dissenting: CULLEN, Ch. J. Not sitting: HISCOCK, J.

---

JAMES A. BLANCHARD, Respondent, *v.* VINCENZO SAVARESE et al., Appellants.

*Blanchard* v. *Savarese,* 97 App. Div. 58, affirmed.

(Argued January 31, 1906; decided February 16, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 3, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Albert M. Yuzzolino* and *Lorenzo Ullo* for appellants.

*Isaac N. Mills* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.